UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
BATIR NAZAROV, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

NYC WHEELS CAR SERVICE, INC, and ARSEN AVAKYAN,

Defendants.
--------------------------------------------------------------X

**Case No.:**
1:16-cv-7117 (SLT) (PK)

**DECLARATION OF EMANUEL KATAEV, ESQ. IN SUPPORT**

Emanuel Kataev, Esq., in lieu of an affidavit, as permitted by 28 U.S.C. § 1746 and Local Civil Rule 1.9 of the United States District Court for the Eastern District of New York, declares as follows:

1. Your deponent is an attorney and counselor at law duly admitted to practice before the courts of the State of New York and before this Honorable Court. Further, your deponent is an Associate with Milman Labuda Law Group PLLC, attorneys for the Defendants herein. In that capacity, your deponent is fully and personally familiar with all of the facts and circumstances set forth herein.

2. This declaration is respectfully offered in support of Defendants' motion appealing Magistrate Judge Peggy Kuo's (hereinafter "Judge Kuo") February 22, 2018 minute Order denying Defendants' motion to compel Plaintiff Batir Nazarov (hereinafter "Plaintiff" or "Nazarov") to disclose the identity of his accountant.

3. A copy of the Complaint filed by the Plaintiff in this action dated December 27, 2016 is annexed hereto as **Exhibit "A."**

4. A copy of the Answer with Counterclaims filed by the Defendants in this action dated March 10, 2017 is annexed hereto as **Exhibit "B."**

5. A copy of the agreement between Plaintiff and non-party JND Trans Inc. concerning Plaintiff's lease of a vehicle dated August 2, 2016 is annexed hereto as **Exhibit "C."**

6. A copy of the weekly trip logs for all the fares Plaintiff performed for Defendant NYC Wheels Car Service Inc. for the period of August 2, 2016 through November 10, 2016 is annexed hereto as **Exhibit "D."**

7. A copy of Plaintiff's 2016 tax return produced by Plaintiff in the course of discovery bearing Bates stamp number P37 is annexed hereto as **Exhibit "E."**

8. A copy of the relevant portions of Plaintiff's deposition transcript taken on September 21, 2017 is annexed hereto as **Exhibit "F."**

9. A copy of Judge Kuo's Minute Order dated December 20, 2017 is annexed hereto as **Exhibit "G."**

10. A copy of a letter submitted by Plaintiff through counsel dated February 2, 2018 is annexed hereto as **Exhibit "H."**

11. A copy of a letter submitted by Plaintiff through counsel dated February 12, 2018 is annexed hereto as **Exhibit "I."**

12. A copy of Judge Kuo's Minute Order dated February 22, 2018 is annexed hereto as **Exhibit "J."**

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: Lake Success, New York
March 8, 2018



Emanuel Kataev, Esq.